UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK GABLE a/k/a MARK PIZZUTI, | ) | CV 08-4013 SVW (FFMx) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGMENT IN FAVOR OF DEFENDANTS |
| v. | ) | NBC UNIVERSAL, INC. |
| | ) | (erroneously sued as NATIONAL |
| NATIONAL BROADCASTING COMPANY ("NBC"), a California corporation, GREGORY THOMAS GARCIA, an individual, 20th CENTURY FOX FILM CORPORATION, a corporation, 20th CENTURY FOX HOME ENTERTAINMENT AND DOES 1 through 10, inclusive, | ) | BROADCASTING COMPANY), GREGORY THOMAS GARCIA, TWENTIETH CENTURY FOX FILM CORPORATION (erroneously sued as 20TH CENTURY FOX FILM CORPORATION), AND TWENTIETH CENTURY FOX HOME ENTERTAINMENT (erroneously sued as 20TH CENTURY FOX HOME ENTERTAINMENT) |
| Defendants. | | |

Pursuant to the Court's Order granting Defendants NBC Universal Inc. ("NBC"), Gregory Thomas Garcia ("Garcia"), Twentieth Century Fox Film Corporation, and Twentieth Century Fox Home Entertainment's Motions for Summary Judgment, dated on February 22, 2010,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment shall be entered in favor of Defendants NBC, Garcia, Twentieth Century Fox Film Corporation, and Twentieth Century Fox Home Entertainment

1  (collectively, "Defendants") in the above-captioned action.  Plaintiff
2  Mark Gable shall take nothing against Defendants.
3
4
5         IT IS SO ORDERED.
6
7
8  DATED:    2/22/10
9                                          STEPHEN V. WILSON
10                                         UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28