# UNITED STATES DISTRICT COURT
## Central District of California

### BILL OF COSTS (LOCAL RULE 54-4)

MARK GABLE a/k/a MARK PIZZUTI

V.

NATIONAL BROADCASTING COMPANY, GREGORY THOMAS GARCIA, 20th CENTURY FOX FILM CORPORATION, 20th CENTURY FOX HOME ENTERTAINMENT

Case Number: CV 08-4013 SVW (FFMx)

Judgment having been entered in the above entitled action on February 22, 2010 against Mark Gable a/k/a Mark Pizzuti
Date

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---:|
| Filing fees: see L.R. 54-4.1 | $ |
| Fees for service of process: see L.R. 54-4.2 | |
| United States Marshal's fees: see L.R. 54-4.3 | |
| Clerk's fees: see L.R. 54-4.4 | |
| Report's transcripts: see L.R. 54-4.5 | |
| Depositions: see L.R. 54-4.6 | 4,813.20 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | 0.00 |
| Interpreter's and translator's fees: see L.R. 54-4.8 | |
| Docket fees: see L.R. 54-4.9 | |
| Masters, commissioners and receivers: see L.R. 54-4.10 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | 156.20 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | |
| Other Costs: see L.R. 54-4.13 | |
| State Court costs: see L.R, 54-4.14 | |
| Costs on appeal: see L.R. 54-5 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | |

Other (please itemize)

TOTAL  $  $4,969.40

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:   .

☒ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: /Jill P. Rubin/

Name of Attorney: Jill P. Rubin

Costs are taxed in the amount of $4,969.20

_____    By: _____    _____
Clerk of Court                               Deputy Clerk                                  Date

CV-59 (02/10)                              BILL OF COSTS                              Page 1 of 3

# MEMORANDUM IN SUPPORT OF BILL OF COSTS

Defendants are entitled to recover the following costs as the prevailing party:

### A. Costs incurred in connection with taking depositions [Local Rule 54-4.6]

The following costs were incurred in connection with depositions take were taken for use in this case. Local Rule 54.6. *See* Declaration of Jill P. Rubin ("Rubin Decl."), ¶¶4,5, Exhibits B, C.

| Deponent | Deposition Date | Amount |
|---|---|---|
| Gregory Garcia | 10/30/2008 | $969.25 |
| Kenneth Neisser | 12/22/2008 | $393.95 |
| David Gersch | 2/6/2009 | $535.00 |
| Mark Gable | 11/20/2008 | $1,135.10 |
| David Nimmer | 3/3/2009 | $1,285.30 |
| Eric Sherman | 3/10/2009 | $494.60 |
| | **Subtotal:** | **$4,813.20** |

### B. Reproduction of Exhibits [Local Rule 54-4.11]

The following costs were incurred in connection with the reproduction of exhibits that were attached to a motion in this case. Local Rule 54.4, Rubin Decl., ¶6.

| Pleading | Filed | Pages | Amount at $.10/page |
|---|---|---|---|
| Declaration of Jill P. Rubin In Support Of Defendants' Motion for Summary Judgment | 12/10/2008 | 243 pgs | $4.30 |
| Declaration of Jeff Rovin In Support Of Defendants' Motion for Summary Judgment | 12/10/2008 | 64 pgs | $6.40 |

| | | | |
|---|---|---|---|
| Declaration of Eric. J. German In Support Of Defendants' Opposition to *Ex Parte* to Continue Defendants' Motion for Summary Judgment or 50 Days | 12/12/2008 | 130 pgs | $13.00 |
| Declaration of Jill P. Rubin In Support Of Fox Defendants' Motion for Summary Judgment | 2/6/2009 | 246 pgs | $24.60 |
| Declaration of Jill P. Rubin In Support Of Defendants' Reply In Support of Motion for Summary Judgment | 3/16/2009 | 87 pgs | $8.70 |
| Declaration of Jill P. Rubin In Support of Opposition to Plaintiff's *Ex Parte* to Strike | 3/19/2009 | 11 pgs | $1.10 |
| | **Subtotal:** | 781 pgs | $78.10 (x2 copies) |
| | **Total Copies** | | **$156.20** |

# DECLARATION OF JILL P. RUBIN

I, JILL P. RUBIN, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this United States District Court. I am an associate with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), attorneys for NBC Universal, Inc., Gregory Thomas Garcia, Twentieth Century Fox Film Corporation, and Twentieth Century Fox Home Entertainment LLC in this matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On or about February 22, 2010. the Court granted judgment to Defendants Motion for Summary Judgment in this action, and, therefore, pursuant to Local Rule 54-1, Defendants are the prevailing parties entitled to recover their costs. Judgment was filed by the Court in favor of Defendants on February 22, 2010. A true and correct copy of the Court's Judgment is attached hereto as Exhibit A.

4. Attached as Exhibit B are true and correct copies of invoices from Barkley Court Reports which identify the costs associated with court reporting services in connection with the deposition of Gregory Garcia, Kenneth Neisser, and David Gersh. The total recoverable cost of these services was $1,898.20. As such, they are properly recoverable pursuant to Local Rule 54-4.6.

5. Attached as Exhibit C are true and correct copies of invoices from TSG Reporting which identify the costs associated with court reporting services in connection with the deposition of Mark Gable, David Nimmer, and Eric Sherman. The total recoverable cost of these services was $2,915.00. As such, they are properly recoverable pursuant to Local Rule 54-4.6.

6. The costs contained in the Bill of Costs for reproduction of documents are for the cost of exhibits necessarily filed and served in this action, *i.e.,* exhibits to: (a) Declaration of Jill P. Rubin In Support Of Defendants' Motion for Summary

Judgment – 243 pages; (b) Declaration of Jeff Rovin In Support Of Defendants' Motion for Summary Judgment – 64 pages; (c) Declaration of Eric. J. German In Support Of Defendants' Opposition to *Ex Parte* to Continue Defendants' Motion for Summary Judgment for 50 Days – 130 pages; (d) Declaration of Jill P. Rubin In Support Of Fox Defendants' Motion for Summary Judgment – 246 pages; (e) Declaration of Jill P. Rubin In Support Of Defendants' Reply In Support of Motion for Summary Judgment – 87 pages; and (f) Declaration of Jill P. Rubin In Support of Opposition to Plaintiff's *Ex Parte* to Strike – 11 pages.   As such, they are properly recoverable pursuant to 28 U.S.C. § 1920(3) and Local Rule 54-4.11. Based on my review of the records in this matter, I am informed and believe that two sets of copies of these pages were necessarily made -- one for the court and one for service on the Plaintiff's attorney in this matter.  At $0.10 per page, the cost is $156.20 (781 pages x 2 x $0.10) for photocopying of these exhibits.

     7.  With respect to each and every item identified on the Bill of Costs, including the itemization of costs as set forth in the exhibits attached hereto in support of the Bill of Costs, I verify that (1) the items claimed as costs are correct; (2) the costs have been necessarily incurred in the defense of this action; (3) services for which fees have been charged were actually and necessarily performed; and (4) costs have been paid or the obligation for payment has been incurred.  The total recoverable costs for deposition transcripts and the duplication of exhibits is $4,969.40

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on March 9, 2010, at Los Angeles, California.

                                /Jill P. Rubin/
                                Jill P. Rubin

# EXHIBIT A

# EXHIBIT A

1855149.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GABLE a/k/a MARK PIZZUTI,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL BROADCASTING COMPANY ("NBC"), a California corporation, GREGORY THOMAS GARCIA, an individual, 20th CENTURY FOX FILM CORPORATION, a corporation, 20th CENTURY FOX HOME ENTERTAINMENT AND DOES 1 through 10, inclusive,<br><br>    Defendants. | CV 08-4013 SVW (FFMx)<br><br>JUDGMENT IN FAVOR OF DEFENDANTS NBC UNIVERSAL, INC. (erroneously sued as NATIONAL BROADCASTING COMPANY), GREGORY THOMAS GARCIA, TWENTIETH CENTURY FOX FILM CORPORATION (erroneously sued as 20TH CENTURY FOX FILM CORPORATION), AND TWENTIETH CENTURY FOX HOME ENTERTAINMENT (erroneously sued as 20TH CENTURY FOX HOME ENTERTAINMENT) |

    Pursuant to the Court's Order granting Defendants NBC Universal Inc. ("NBC"), Gregory Thomas Garcia ("Garcia"), Twentieth Century Fox Film Corporation, and Twentieth Century Fox Home Entertainment's Motions for Summary Judgment, dated on February 22, 2010,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment shall be entered in favor of Defendants NBC, Garcia, Twentieth Century Fox Film Corporation, and Twentieth Century Fox Home Entertainment

1  (collectively, "Defendants") in the above-captioned action.  Plaintiff
2  Mark Gable shall take nothing against Defendants.

5       IT IS SO ORDERED.

8  DATED:    2/22/10

9                                    STEPHEN V. WILSON
10                                   UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

**EXHIBIT B**

1855149.1

JAN/07/2009/WED 11:24 AM    Barkley Crt Rprtrs    FAX No. 310 867 2611    P. 001/001

# INVOICE

**BARKLEY Court Reporters**
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611
barkley.com

42040-1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 360208 | 11/18/2008 | 271646 |
| Job Date | Case No. | |
| 10/30/2008 | CV 08-4013 SVW (FFMx) | |
| Case Name | | |
| Gable v. NBC | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Eric J. German, Esq.
Mitchell, Silberberg & Knupp
11377 W. Olympic Blvd., 8th Fl.
Los Angeles, CA 90064-1683

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Gregory Thomas Garcia | 201.00 | Pages @ | 2.85 | 572.85 |
| Exhibit | 519.00 | Pages @ | 0.50 | 259.50 |
| Rough Disk (p) | 189.00 | Pages @ | 1.35 | 255.15 |
| DepoLaunch Pkg/Vid (ASCII, DpSync Vdo, PDF Trnscpts & Exhbts) | | | 20.00 | 20.00 |
| Delivery of Copy | | | 20.00 | 20.00 |
| Handling - Copy | | | 20.00 | 20.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Gregory Thomas Garcia - Confidential Portion | 34.00 | Pages @ | 2.85 | 96.90 |
| DepoLaunch Pkg/Vid (ASCII, DpSync Vdo, PDF Trnscpts & Exhbts) | | | 20.00 | 20.00 |
| Rough Disk (p) | 30.00 | Pages @ | 1.35 | 40.50 |
| Copy of Video of: | | | | |
| Gregory Thomas Garcia. | | | | |
| Video: DVD | 3.00 | Units @ | 160.00 | 480.00 |
| TOTAL DUE >>> | | | | $1,784.90 |

Tax ID:  **REDACTED**

Phone: 310-312-2000    Fax: 310-312-3244

*Please detach bottom portion and return with payment.*

Eric J. German, Esq.
Mitchell, Silberberg & Knupp
11377 W. Olympic Blvd., 8th Fl.
Los Angeles, CA 90064-1683

Job No.    : 271646        BU ID    : BCR - LA
Case No.   : CV 08-4013 SVW (FFMx)
Case Name  : Gable v. NBC

Invoice No. : 360208        Invoice Date : 11/18/2008
Total Due   : $ 1,784.90

Remit To: Barkley Court Reporters
File No 50217
Los Angeles, CA 90074

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Exhibit  B
Page  7

# INVOICE

**BARKLEY Court Reporters**
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611
barkley.com

*[handwritten: Eric German 42040-1 NBC ads. Gable]*

**RECEIVED JAN - 9 2009**
Mitchell Silberberg & Knupp LLP

Eric J. German, Esq.
Mitchell, Silberberg & Knupp
11377 W. Olympic Blvd., 8th Fl.
Los Angeles, CA 90064-1683

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 362545 | 1/8/2009 | 274511 |

| Job Date | Case No. |
|---|---|
| 12/22/2008 | CV 08-4013 SVW (FFMx) |

| Case Name |
|---|
| Gable v. NBC |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Kenneth Neisser ............................................................. 393.95

**TOTAL DUE >>>   $393.95**

Tax ID:   **REDACTED**

Phone: 310-312-2000   Fax: 310-312-3244

*Please detach bottom portion and return with payment.*

Eric J. German, Esq.
Mitchell, Silberberg & Knupp
11377 W. Olympic Blvd., 8th Fl.
Los Angeles, CA 90064-1683

Job No.     : 274511          BU ID    : .BCR - LA
Case No.    : CV 08-4013 SVW (FFMx)
Case Name   : Gable v. NBC

Invoice No. : 362545          Invoice Date : 1/8/2009
**Total Due  : $ 393.95**

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD**  AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Exhibit **B**
Page **8**

# INVOICE

*Oktopay*
*per Robert Rotstein*
*2/29/09*
*Re. 42040-1*

**BARKLEY** Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 364086 | 2/13/2009 | 276618 |
| Job Date | Case No. | |
| 2/6/2009 | | |
| Case Name | | |
| Gable v. NBC | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Robert H. Rotstein, Esq.
Mitchell, Silberberg & Knupp
11377 W. Olympic Blvd., 8th Fl.
Los Angeles, CA 90064-1683

RECEIVED FEB 1 9 2009
Mitchell Silberberg & Knupp LLP

(stamped twice)

1 CERTIFIED COPY OF TRANSCRIPT OF:
   David Gersch                                                535.00
Copy of Video of:
   David Gersch.                                               340.00

                                          TOTAL DUE >>>    $875.00

(signature)

Tax ID:  **REDACTED**                      Phone: 310-312-2000   Fax: 310-312-3244

*Please detach bottom portion and return with payment.*

Exhibit B
Page 9

**EXHIBIT C**

**EXHIBIT C**

1855149.1



**Corporate Headquarters**
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**INVOICE**

DATE: 12/24/2008
INVOICE # 112008-~~62199-~~ 62200

Bill To:  6K*ur*   42040-1

Robert H. Rotstein Esq.
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA  90064-1683

RECEIVED
JAN 1 2 2008
Mitchell, Silberberg & Knupp LLP

| CASE: | Gable v. National Broadcasting Company |
|---|---|
| DEPOSITION: | Gable, Mark |
| DATE: | 11/20/2008 |
| CITY: | Los Angeles |
| STATE: | California |

**Comments or Special Instructions:**   Original transcript sent to Steven Lowe via FedEx Overnight on 11/25/2008.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Nikki Roy | Mitch Lerman | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 218 | $4.95 | $1,079.10 |
| Original Transcript - Expedited Delivery | 218 | $2.75 | $599.50 |
| Rough ASCII | 218 | $1.50 | $327.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Hard | 224 | $0.25 | $56.00 |
| | | SUBTOTAL | $2,211.60 |
| | | SHIPPING & HANDLING | $125.00 |
| | | TOTAL | $2,336.60 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID #   **REDACTED**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Exhibit C
Page 10



Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**TSG REPORTING** — 24|7 Worldwide Client Service

**INVOICE**

DATE: 3/20/2009
INVOICE # 030309-36151

*[Handwritten: OK to pay per Robert Rotstein 3/23/09 Re: Gable v. NBC 42040-1]*

RECEIVED MAR 23 2009 Mitchell Silberberg & Knupp LLP

**Bill To:**
Robert H. Rotstein Esq.
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683

| | |
|---|---|
| CASE: | Gable v. National Broadcasting Company |
| DEPOSITION: | Nimmer, David |
| DATE: | 3/3/2009 |
| CITY: | Los Angeles |
| STATE: | California |

**Comments or Special Instructions:** Original transcript sent to David Bigelow (Girardi) via FedEx Overnight on 3/5/2009.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christy Cannariato | Matt Smith | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 249 | $4.95 | $1,232.55 |
| Original Transcript - 2-Day Delivery | 249 | $3.75 | $933.75 |
| Original Transcript - Evening Pages | 5 | $2.00 | $10.00 |
| Interactive Real-time (2) | 498 | $1.50 | $747.00 |
| Rough ASCII | 249 | $1.50 | $373.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter Appearance Fee / Evening Session - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Hard | 205 | $0.25 | $51.25 |
| Exhibits - Hard - Color | 1 | $1.50 | $1.50 |
| | | SUBTOTAL | $3,599.55 |
| | | SHIPPING & HANDLING | $115.00 |
| | | TOTAL | $3,714.55 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID #  **REDACTED**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

Exhibit  C
Page  11




Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

*NBC ads. Gable*

# INVOICE

DATE: 3/31/2009
INVOICE # 031009-65208



RECEIVED
APR 9 2009
Mitchell Silberberg & Knupp LLP

**Bill To:** Robert H. Rotstein Esq.
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683

| | |
|---|---|
| CASE: | Gable v. National Broadcasting Company |
| DEPOSITION: | Sherman, Eric |
| DATE: | 3/10/2009 |
| CITY: | Los Angeles |
| STATE: | California |

**Comments or Special Instructions:** Original transcript sent to Steven Lowe via FedEx Overnight on 3/11/2009.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christy Cannariato | Matthew Smith | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 98 | $4.95 | $485.10 |
| Original Transcript - Daily Delivery | 98 | $4.95 | $485.10 |
| Interactive Real-time (2) | 196 | $1.50 | $294.00 |
| Rough ASCII | 98 | $1.50 | $147.00 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Hard | 38 | $0.25 | $9.50 |
| | | SUBTOTAL | $1,500.70 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $1,610.70 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID #   **REDACTED**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Exhibit C
Page 12